UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN WILLIAM WALLACE,<br><br>              Plaintiff,<br><br>     vs.<br><br>UNITED STATES GOVERNMENT,<br><br>              Defendant. | NO.  CV-10-5078-EFS<br><br>**ORDER DISMISSING LAWSUIT DUE TO FAILURE TO COMPLY WITH COURT ORDER** |

On July 9, 2010, an Order was entered requiring Plaintiff John William Wallace to either file an Application to Proceed In Forma Pauperis or pay a filing fee. (Ct. Rec. 2.) Plaintiff failed to comply with this Order. Accordingly, the Court **HEREBY ORDERS**:

1.   this file shall be **CLOSED**, and

2.   an appeal in this matter, which does not include a properly-filed complaint, will not be taken in good faith.

**IT IS SO ORDERED.**  The District Court Executive shall forward a copy of this Order to Plaintiff.

**DATED** this  2nd     day of February 2011.


                              S/ Edward F. Shea
                              EDWARD F. SHEA
                       United States District Judge

Q:\Civil\2010\5078.dismiss.ifp.wpd

ORDER - 1